CHRISTIAN T. NYGREN
HANNAH WOOLSEY
BART J. LAMONT
P.O. Box 201001
Helena, MT 59620-1001
(406) 444-6095
cnygren@mt.gov
hwoolsey@mt.gov
blamont@mt.gov

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# HELENA DIVISION

| | |
|---|---|
| RANDY PINOCCI, JEFFREY PATTISON, RONALD V. HEPP,<br><br>Plaintiffs,<br>-v-<br><br>CHRIS DORRINGTON, in his official capacity as Director of the Montana Department of Transportation,<br><br>Defendant. | CAUSE NO. CV-23-21-H-DLC<br><br>Hon. Dana L. Christensen<br><br>**JOINT MOTION FOR ENTRY OF CONSENT DECREE AND ORDER** |

Plaintiffs Randy Pinocci, Jeffrey Pattison, and Ronald V. Hepp, and Defendant, Chris Dorrington, in his official capacity as Director of the Montana Department of Transportation, by and through their counsel of record, hereby move the Court for entry of the proposed Consent Decree and Order filed herewith, and in support of this joint motion state as follows:

1. This action was brought by Plaintiffs alleging the State of Montana, by and through Chris Dorrington, in his official capacity as Director of the Montana Department of Transportation (MDT), violated their rights by enforcing Mon. Code Ann. § 75-15-111 against political messages in a manner inconsistent with the First Amendment of the United States Constitution.

2. The Parties have reached a settlement which, upon the Court's approval, involves entry of the Parties' proposed Consent Decree and Order.

3. As all Parties are in agreement, the proposed Consent Decree and Order is ready for entry by the Court.

4. Entry of the proposed Consent Decree and Order resolves all outstanding issues between the Parties and eliminates the need for the bench trial scheduled to commence on April 28, 2025.

5. The proposed Consent Decree and Order includes, at Section III, paragraph 4, a provision by which the Court would retain jurisdiction to resolve any disputes between the Parties which may arise in the implementation of the Consent Decree and Order.

WHEREFORE, the Parties, through their respective counsel, hereby move the Court for entry of the proposed Consent Decree and Order filed herewith.

//

Dated: September 3, 2024	/s/ Bart J. LaMont
	Christian T. Nygren
	Bart J. LaMont
	Hannah C. Woolsey
	*Attorneys for Defendant*

Dated: September 3, 2024	/s/ Matthew G. Monforton
	Matthew G. Monforton
	*Attorney for Plaintiffs*